■ In the Matter of EDWARD B. SAFRAN, an Attorney, for Reinstatement.—Application for reinstatement granted only insofar as to refer the matter to the Departmental Disciplinary Committee for the First Judicial Department, for a hearing and report under 22 NYCRR 603.14 (b) and the petition is held in abeyance pending receipt of said report. Concur—Murphy, P. J., Kupferman, Ross, Milonas and Wallach, JJ.